# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF133
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 41121 | $10,071.00 | 8/20/2024 | 324227 | 4/1/2024 | $10,071.00 |
| | 41183 | $10,071.00 | 8/24/2024 | 324228 | 5/1/2024 | $10,071.00 |
| | 41456 | $8,289.00 | 9/28/2024 | ELYT000013153 | 7/1/2024 | $8,289.00 |
| | 41517 | $1,615.35 | 10/11/2024 | ELYT000013112 BAL | 7/11/2024 | $1,615.35 |
| | 41121 | $121,979.38 | 8/6/2024 | ELYT000013942 | 8/1/2024 | $121,979.38 |
| | 41121 | $8,019.00 | 8/20/2024 | ELYT000014153 | 8/1/2024 | $8,019.00 |
| | 41121 | $44,673.94 | 8/12/2024 | ELYT000014151 | 8/8/2024 | $44,673.94 |
| | 41456 | $37,947.76 | 9/23/2024 | ELYT000014325 | 8/15/2024 | $37,947.76 |
| | 41256 | $13,356.00 | 8/24/2024 | ELYT000014687 | 8/22/2024 | $13,356.00 |
| | 41400 | $37,021.23 | 9/18/2024 | ELYT000014878 | 8/29/2024 | $37,021.23 |
| | 41517 | $7,965.00 | 9/28/2024 | ELYT000015002 | 9/1/2024 | $7,965.00 |
| | 41517 | $38,510.14 | 9/23/2024 | ELYT000015176 | 9/12/2024 | $38,510.14 |
| | 41400 | $104,282.18 | 9/11/2024 | ELYT000015003 | 9/12/2024 | $104,282.18 |
| | 41517 | $23,107.23 | 9/24/2024 | ELYT000016057 | 9/19/2024 | $23,107.23 |
| | 41517 | $67,444.90 | 10/2/2024 | ELYT000017256 | 9/26/2024 | $67,444.90 |
| | 41517 | $74,538.62 | 10/11/2024 | ELYT17663 | 10/3/2024 | $74,538.62 |
| | 41604 | $44,228.84 | 10/11/2024 | ELYT000017797 | 10/10/2024 | $44,228.84 |
| | 41645 | $37,127.05 | 10/22/2024 | ELYT000018397 | 10/17/2024 | $37,127.05 |
| | 41645 | $54,818.54 | 10/25/2024 | ELYT000018534 | 10/24/2024 | $54,818.54 |
| | | $0.00 | 10/31/2024 | PREELYT000018760 | 10/31/2024 | $112,646.15 |
| **Total Transfers** | **20** | **$745,066.16** | | | | **$857,712.31** |